# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| BAC HOME LOANS SERVICING, LP, | No. 287 EAL 2015 |
| Respondent | |
| | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | |
| RONALD P. IMMESBERGER, EXECUTOR OF THE ESTATE OF JEAN A. IMMESBERGER, | |
| Petitioner | |

## ORDER

**PER CURIAM**

**AND NOW**, this 21st day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.